JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE FERNANDEZ RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NISSAN NORTH AMERICA, INC., et al., <br><br> Defendants. | Case No. EDCV 22-1672-MWF(DTBx) <br><br> ORDER GRANTING STIPULATION OF DISMISSAL |

The Court has reviewed the parties' Joint Stipulation of Dismissal, filed January 13, 2025. (Docket No. 50). For good cause shown, the Stipulation is GRANTED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED without prejudice, with the Court retaining jurisdiction over the terms of the parties' settlement agreement for 90 days.

**IT IS SO ORDERED.**

Dated: January 13, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-