JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE FERNANDEZ RODRIGUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., et al.,<br><br>Defendants. | Case No. EDCV 22-1672-MWF(DTBx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

The Court has considered the parties' Stipulation of Dismissal. (Docket No. 58). For good cause shown, the Stipulation is GRANTED. This entire action, including all claims and counterclaims stated herein against all parties, is DISMISSED with prejudice. The Court retains jurisdiction over the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated: December 3, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-